Mitchell L. Abdallah, Esq. / SBN 231804
ABDALLAH LAW GROUP
555 Capitol Mall, Suite 725
Sacramento, California 95814
Telephone: (916) 446-1974
Facsimile: (916) 446-3371

Attorneys for Debtors:
RICHARD CHALGREN AND KAREN CHALGREN

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHALGREN AND KAREN CHALGREN,<br><br>Debtors<br><br>v<br><br>**DEUTSCHE BANK NATIONAL TRUST COMPANY; et al.,**<br><br>Defendants | Case No. 09-56729<br><br>Chapter 13<br><br>Adversary No. 10-05057<br><br>**MOTION FOR TRANSFER OF DEBTORS RETAINER FEE TO LITIGATION TRUST ACCOUNT FROM THE BANKRUPTCY TRUST ACCOUNT**<br><br>Date: July 29, 2011<br>Time: 9:00 a.m.<br>Place: 99 South E. Street<br>       Santa Rosa, CA 95404<br>Judge: Alan Jaroslovsky |

<u>**MOTION FOR TRANSFER OF DEBTORS RETAINER FEE TO LITIGATION TRUST ACCOUNT FROMTO THE BANKRUPTCY TRUST ACOCUNT**</u>

Plaintiffs, **RICHARD CHALGREN and KAREN CHALGREN,** through their attorney of record, Mitchell L. Abdallah, submit this motion. In support, Plaintiffs offer the following:

1. On May 17, 2011 this court granted Substitution of Attorney, allowing MITCHELL L. ABDALLAH to represent Plaintiffs in their Chapter 13 Bankruptcy and adversary proceedings.

2. Plaintiffs hired Abdallah Law Group to represent them as counsel in a civil litigation action for wrongful foreclosure.

3. Plaintiffs paid a retainer fee of $5,000 to counsel, which Abdallah Law Group deposited into its Litigation Trust Account.

4. Subsequent to the civil litigation action taking place, Plaintiffs along with their counsel decided it was in their best interest to file for Chapter 13 Bankruptcy along with an adversary proceeding.

5. Plaintiffs did not pay an additional retainer fee to counsel to represent them in the Bankruptcy and Adversary Proceeding.

6. Plaintiffs hereby request an order permitting our Counsel of Record, MITCHELL L. ABDALLAH, to transfer funds to the Litigation Trust Account paid by Plaintiffs to the Bankruptcy Trust Account as payment in representing Plaintiffs in their Bankruptcy Proceeding and Adversary Proceeding.

7. It is appropriate that the Court enter an order granting permission for counsel of record, MITCHELL L. ABDALLAH, to receive retainer the $5,000 in funds to its Litigation its Trust Account paid from Plaintiffs Bankruptcy Trust Account to the Abdallah Law Group Trust Account in order to represent Plaintiffs in their Bankruptcy and Adversary proceedings.

2
Motion for Transfer of Retainer Fee

Wherefore, Plaintiffs, RICHARD CHALGREN and KAREN CHALGREN, pray that this Court enter an Order Granting Transfer of Debtor's Retainer Fee of $5,000 to counsel's Litigation Trust Account from counsel's Bankruptcy Trust Account.

DATED: June 29, 2011

ABDALLAH LAW GROUP

_____
MITCHELL L. ABDALLAH
Attorneys for Plaintiffs RICHARD CHALGREN
and KAREN CHALGREN