LOCKE LORD BISSELL & LIDDELL LLP
Brandon J. Witkow (SBN: 210443)
bwitkow@lockelord.com
Conrad V. Sison (SBN: 217197)
csison@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone:   213-485-1500
Facsimile:   213-485-1200

Attorneys for Defendants
DEUTSCHE BANK NATIONAL TRUST COMPANY; DEUTSCHE BANK NATIONAL TRUST COMPANY, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE ON BEHALF OF GSR MORTGAGE LOAN TRUST 2006-OA1; and, AMERICAN HOME MORTGAGE SERVICING, INC.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No. 09-56720ASW |
| RICHARD SCOTT CHALGREN; KAREN CHALGREN | Adversary Case No. 10-05057 |
| Debtors, | **DEFENDANTS' OBJECTION TO PLAINTIFFS' FILING OF SECOND AMENDED COMPLAINT** |
| RICHARD SCOTT CHALGREN KAREN CHALGREN | |
| Plaintiffs | |
| vs. | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY; DEUTSCHE BANK NATIONAL TRUST COMPANY, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE ON BEHALF OF GSR MORTGAGE LOAN TRUST 2006-OA1; AMERICAN BROKERS CONDUIT; AMERICAN HOME MORTGAGE SERVICING, INC.; SANTA CRUZ MORTGAGE COMPANY; FIDELITY NATIONAL TITLE COMPANY; DEFAULT RESOLUTION NETWORK; VICKI STEEN; CINDI ELLIS; KORELL; HARP; LORENA ENRIQUEZ; and DOES 1-100, | Complaint Filed: February 25, 2010 |
| Defendants. | |

1
DEFENDANTS' OBJECTION TO FILING OF SECOND AMENDED COMPLAINT
*Richard Scott Chalgren, et al. v. Deutsche Bank National Trust Company, et al.*, Adversary Case No. 10-05057

## **DEFENDANTS' OBJECTION TO FILING OF SECOND AMENDED COMPLAINT**

On July 11, 2011, Plaintiffs Richard Chalgren and Karen Chalgren ("Plaintiffs") filed a Second Amended Complaint ("SAC"). (Dkt. No. 64). Plaintiffs filed their SAC without leave of the Court and without receiving consent to file the SAC from counsel for defendants DEUTSCHE BANK NATIONAL TRUST COMPANY (hereinafter "DBNTC"); DEUTSCHE BANK NATIONAL TRUST COMPANY, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE ON BEHALF OF GSR MORTGAGE LOAN TRUST 2006-OA1 (hereinafter "Trustee"); and, AMERICAN HOME MORTGAGE SERVICING INC. (hereinafter "AHMSI"), (together, "Defendants"). The SAC, therefore, was improperly filed and the Court should strike the SAC in its entirety.

Federal Rule of Bankruptcy Procedure 7015 expressly states the Federal Rule of Civil Procedure ("FRCP") 15 applies in adversary proceedings. FRCP 15 provides that a party may amend its pleadings *once* as a matter of course. FRCP 15(a)(1). Plaintiffs in this case previously filed an amended complaint on November 2, 2010. (Dkt. No. 28). The Federal Rules of Civil Procedure also clearly state that: "In all other cases, a party may amend its pleading **only with the opposing party's written consent or the court's leave**." FRCP 15(a)(2) (emphasis added). Plaintiffs have not received written consent from Defendants and the Court has not granted them leave to file their SAC.

Therefore, the SAC is improper and the Court should strike the SAC in its entirety. The operative complaint in the adversary proceeding should remain the First Amended Complaint filed by Plaintiffs on November 2, 2010, and which is subject to Defendants' Motion to Dismiss, set for hearing before this Court on July 14, 2011.

///
///
///
///
///
///

2
DEFENDANTS' OBJECTION TO FILING OF SECOND AMENDED COMPLAINT
*Richard Scott Chalgren, et al. v. Deutsche Bank National Trust Company, et al.*, Adversary Case No. 10-05057

Case: 10-05057    Doc# 66    Filed: 07/12/11    Entered: 07/12/11 14:35:27    Page 2 of 4

| | | |
|---|---|---|
| 1 | Dated: July 12, 2011 | Respectfully submitted, |
| 2 | | LOCKE LORD BISSELL & LIDDELL LLP |
| 4 | | By: _____/s/ Brandon J. Witkow_____ |
| 5 | | Brandon J. Witkow<br>Conrad V. Sison |
| 6 | | Attorneys for Defendants<br>DEUTSCHE BANK NATIONAL TRUST COMPANY; DEUTSCHE BANK NATIONAL TRUST COMPANY, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE ON BEHALF OF GSR MORTGAGE LOAN TRUST 2006-OA1 and AMERICAN HOME MORTGAGE SERVICING, INC. |

3
DEFENDANTS' OBJECTION TO FILING OF SECOND AMENDED COMPLAINT
*Richard Scott Chalgren, et al. v. Deutsche Bank National Trust Company, et al.*, Adversary Case No. 10-05057

Case: 10-05057    Doc# 66    Filed: 07/12/11    Entered: 07/12/11 14:35:27    Page 3 of 4

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

# CERTIFICATE OF SERVICE

I, Brandon J. Witkow, an attorney, do hereby certify that on July 12, 2011, I caused the foregoing **DEFENDANTS' OBJECTION TO FILING OF SECOND AMENDED COMPLAINT** to be served through the Court's Case Management/Electronic Case Files (CM/ECF) system upon all persons and entities registered and authorized to receive such service.

A copy of the foregoing was also sent, on July 12, 2011, to the following via U.S. Mail:

| | |
|---|---|
| Richard Scott Chalgren<br>411 Quail Run<br>Aptos, California 95003 | Mitchell L. Abdallah, Esq.<br>ABDALLAH LAW GROUP<br>555 Capitol Mall, Suite 725<br>Sacramento, California 95814<br>Telephone: 916.446.1974<br>Facsimile: 916.446.3371<br>E-mail: mitch@abdallahlaw.net<br>Attorney for Debtors Richard and Karen Chalgren |
| Karen Chalgren<br>411 Quail Run<br>Aptos, California 95003 | *Trustee*<br>Devin Derham-Burk<br>P.O. Box 50013<br>San Jose, California 95150-0013<br>Telephone: 408.354.8151 |
| *U.S. Trustee*<br>Office of the U.S. Trustee/SJ<br>U.S. Federal Bldg.<br>280 S 1st Street, #268<br>San Jose, California 95113-3004 | James D. Burnside, III<br>DOWLING, AARON & KEELER, INC.<br>8080 North Palm Avenue, Third Floor<br>P.O. Box 28902<br>Fresno, California 93729<br>Telephone: 559.432.4500<br>Email: jburnside@daklaw.com<br>*Attorneys for Defendants FIDELITY NATIONAL TITLE COMPANY and DEFAULT RESOLUTION NETWORK* |

Dated: July 12, 2011                                     By: */s/ Brandon J. Witkow*
                                                                                   Brandon J. Witkow

LA 659383

---

4
DEFENDANTS' OBJECTION TO FILING OF SECOND AMENDED COMPLAINT
*Richard Scott Chalgren, et al. v. Deutsche Bank National Trust Company, et al.*, Adversary Case No. 10-05057